## AMENDED CERTIFICATE OF SERVICE

I certify that on April 13, 2023, a true and correct copy of the Notice of Application for Attorney Fees was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    PRA Receivables Management, LLC at [Claims_RMSC@PRAGroup.com](mailto:Claims_RMSC@PRAGroup.com)

    JP Morgan Chase Bank NA at [midwestbk@dalllegal.com](mailto:midwestbk@dalllegal.com)

    Dynele L Schinker-Kuharich, Standing 13 Trustee at [DLSK@Chapter13Canton.com](mailto:DLSK@Chapter13Canton.com)

And by regular U.S. mail, postage prepaid, on:

    Inez Avanell Crowe
    2629 Lexington Ave.
    Mansfield, OH 44904

    /s/Jonathon C. Elgin
    Jonathon C. Elgin (OH 0096390)
    JC Elgin Co., LPA
    6 Water St.
    Shelby, OH 44875
    567-275-1040
    jc@jcelgin.com