# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 13 PROCEEDING |
| INEZ AVANELL CROWE, : | |
| : | JUDGE JOHN GUSTAFSON |
| DEBTOR. : | |
| : | CASE NO. 23-60243 |
| : | |

## NOTICE OF AMENDED CHAPTER 13 PLAN FILING

**INEZ AVANELL CROWE** has filed papers with the court amending the Chapter 13 Plan previously filed in the above captioned case.

<u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to allow the amended plan, or if you want the court to consider your views on the application, then on or before **May 9, 2023**, you or your attorney must:

File with the court a written request for a hearing at:

> Clerk of Court
> United States Bankruptcy Court
> Ralph Regula Federal Building
> 401 McKinley Ave S.W.
> Canton, OH 44702

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

> Jonathon C. Elgin
> 6 Water St.
> Shelby, Ohio 44875

> Dynele L Schinker-Kuharich
> Office of the Chapter 13 Trustee
> 200 Market Avenue North, Ste. LL30
> Canton, OH 44702

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

## NOTICE OF CONFIRMATION HEARING

The confirmation hearing in this matter is scheduled for **May 10, 2023** at **2:00 PM** at the U.S. Bankruptcy Court, Ralph Regula U.S. Courthouse, 401 McKinley Avenue SW, Canton, OH 44702.

Dated:4/17/2023

/s/Jonathon C. Elgin
Jonathon C. Elgin
JC Elgin Co., LPA
6 Water St.
Shelby, OH 44875
567-275-1040
JC@JCElgin.com
*Attorney for Inez Avanell Crowe*

# CERTIFICATE OF SERVICE

I certify that on April 17, 2023, a true and correct copy of the Notice of Application for Attorney Fees was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    PRA Receivables Management, LLC at Claims_RMSC@PRAGroup.com

    JP Morgan Chase Bank NA at midwestbk@dalllegal.com

    Dynele L Schinker-Kuharich, Standing 13 Trustee at DLSK@Chapter13Canton.com

And by regular U.S. mail, postage prepaid, on:

    Inez Avanell Crowe
    2629 Lexington Ave.
    Mansfield, OH 44904

    /s/Jonathon C. Elgin
    Jonathon C. Elgin (OH 0096390)
    JC Elgin Co., LPA
    6 Water St.
    Shelby, OH 44875
    567-275-1040
    jc@jcelgin.com