# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| IN RE: | CASE NO: 23-60243 |
|---|---|
| INEZ AVANELL CROWE | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/19/2023, I did cause a copy of the following documents, described below,

Notice of Amended Ch 13 w/Amended Plan Attached

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/19/2023

/s/ Jonathon C. Elgin
Jonathon C. Elgin  0096390
Attorney for Debtor
JC Elgin Co LPA
6 Water St
Shelby, OH  44875
567 275 1040
jc@jcelgin.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:

INEZ AVANELL CROWE

CASE NO: 23-60243

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 4/19/2023, a copy of the following documents, described below,

Notice of Amended Ch 13 w/Amended Plan Attached

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/19/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jonathon C. Elgin
JC Elgin Co LPA
6 Water St
Shelby, OH  44875

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-60243<br>NORTHERN DISTRICT OF OHIO<br>WED APR 19 7-20-18 PST 2023 | ~~(U)JPMORGAN CHASE BANK NATIONAL ASSOCIATION~~ | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| EXCLUDE | | |
| ~~UNITED STATES BANKRUPTCY COURT~~<br>~~RALPH REGULA US COURTHOUSE~~<br>~~401 MCKINLEY AVENUE SW~~<br>~~CANTON OH 44702-1745~~ | AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO TX 79998-1540 | ASCENSIONPOINT RECOVERY SERVICES<br>200 COON RAPIDS BLVD<br>MINNEAPOLIS MN 55433-5876 |
| BANK OF AMERICA<br>ATTN BANKRUPTCY<br>4909 SAVARESE CIRCLE<br>TAMPA FL 33634-2413 | CAPITAL MANAGEMENT SERVICES LP<br>PO BOX 120<br>BUFFALO NY 14220-0120 | CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY UT 84131-0293 |
| CAPITAL ONE WALMART MASTERCARD<br>P O BOX 4069<br>CAROL STREAM IL 60197-4069 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CHASE MORTGAGE<br>CHASE RECORDS CENTER BANKRUPTCY<br>MAIL CODE LA4 5555 700 KANSAS LN<br>MONROE LA 71203 | CITISEARS<br>CITIBANKCENTRALIZED BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | DONALD E CROWE<br>2629 LEXINGTON AVE<br>MANSFIELD OH 44904-1423 |
| | | EXCLUDE |
| EMBCC<br>MID OHIO EMERGENCY GROUP LLC<br>PO BOX 650763<br>DALLAS TX 75265-0763 | (P)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | ~~(D)(P)FIRST NATIONAL BANK OF OMAHA~~<br>~~1620 DODGE ST~~<br>~~STOP CODE 3113~~<br>~~OMAHA NE 68102-1593~~ |
| EXCLUDE | | |
| ~~(D)(P)FIRST NATIONAL BANK OF OMAHA~~<br>~~1620 DODGE ST~~<br>~~STOP CODE 3113~~<br>~~OMAHA NE 68102-1593~~ | HUNTINGTON NATIONAL BANK<br>ATTN BANKRUPTCY<br>PO BOX 340996<br>COLUMBUS OH 43234-0996 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO NATIONAL BANKRUPTCY SERVICES LLC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| EXCLUDE | | |
| ~~(D)(P)JPMORGAN CHASE BANK N A~~<br>~~BANKRUPTCY MAIL INTAKE TEAM~~<br>~~700 KANSAS LANE FLOOR 01~~<br>~~MONROE LA 71203-4774~~ | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | (P)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| | EXCLUDE | |
| MEDICOUNT MANAGMENT INC<br>PO BOX 371863<br>PITTSBURGH PA 15250-7863 | ~~(D)PRA RECEIVABLES MANAGEMENT LLC~~<br>~~PO BOX 41021~~<br>~~NORFOLK VA 23541-1021~~ | SPEEDWAYSUPERAMERICA<br>ATTN BANKRUPTCY<br>PO BOX 1590<br>SPRINGFIELD OH 45501-1590 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SYNCHRONY BANKJCPENNEY<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO   FL 32896-5060 | SYNCHRONY BANKSAMS CLUB<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO   FL 32896-5060 | THE HUNTINGTON NATIONAL BANK<br>PO BOX 89424<br>CLEVELAND   OH 44101-6424 |
| WELLS FARGO BANK  NA<br>PO BOX 10438  MAC F823502F<br>DES MOINES   IA  50306-0438 | WELLS FARGO CARD SERVICES<br>PO BOX 77053<br>MINNEAPOLIS   MN 55480-7753 | WELLS FARGO JEWELRY ADVANTAGE<br>ATTN BANKRUPTCY<br>PO BOX 10438<br>DES MOINES   IA 50306-0438 |
| DYNELE L SCHINKERKUHARICH<br>OFFICE OF THE CHAPTER 13 TRUSTEE<br>200 MARKET AVENUE NORTH  STE LL30<br>CANTON  OH 44702-1434 | DEBTOR<br>INEZ AVANELL CROWE<br>2629 LEXINGTON AVE<br>MANSFIELD   OH 44904-1423 | JONATHON CARL ELGIN<br>JC ELGIN CO   LPA<br>6 WATER ST<br>SHELBY   OH 44875-1223 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 PROCEEDING |
| INEZ AVANELL CROWE, | : |
| | : JUDGE JOHN GUSTAFSON |
| DEBTOR. | : |
| | : CASE NO. 23-60243 |
| | : |

### NOTICE OF AMENDED CHAPTER 13 PLAN FILING

**INEZ AVANELL CROWE** has filed papers with the court amending the Chapter 13 Plan previously filed in the above captioned case.

<u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to allow the amended plan, or if you want the court to consider your views on the application, then on or before **May 9, 2023**, you or your attorney must:

File with the court a written request for a hearing at:

    Clerk of Court
    United States Bankruptcy Court
    Ralph Regula Federal Building
    401 McKinley Ave S.W.
    Canton, OH 44702

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

    Jonathon C. Elgin
    6 Water St.
    Shelby, Ohio 44875

    Dynele L Schinker-Kuharich
    Office of the Chapter 13 Trustee
    200 Market Avenue North, Ste. LL30
    Canton, OH 44702

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

## NOTICE OF CONFIRMATION HEARING

The confirmation hearing in this matter is scheduled for **May 10, 2023** at **2:00 PM** at the U.S. Bankruptcy Court, Ralph Regula U.S. Courthouse, 401 McKinley Avenue SW, Canton, OH 44702.

Dated:4/18/2023

        /s/Jonathon C. Elgin
        Jonathon C. Elgin
        JC Elgin Co., LPA
        6 Water St.
        Shelby, OH 44875
        567-275-1040
        JC@JCElgin.com
        *Attorney for Inez Avanell Crowe*

# CERTIFICATE OF SERVICE

I certify that on April 18, 2023, a true and correct copy of the Notice of Application for Attorney Fees was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    PRA Receivables Management, LLC at Claims_RMSC@PRAGroup.com

    JP Morgan Chase Bank NA at midwestbk@dalllegal.com

    Dynele L Schinker-Kuharich, Standing 13 Trustee at DLSK@Chapter13Canton.com

And by regular U.S. mail, postage prepaid, on:

    Inez Avanell Crowe
    2629 Lexington Ave.
    Mansfield, OH 44904

    ECF Creditor Matrix

    /s/Jonathon C. Elgin
    Jonathon C. Elgin (OH 0096390)
    JC Elgin Co., LPA
    6 Water St.
    Shelby, OH 44875
    567-275-1040
    jc@jcelgin.com

| | | | |
|---|---|---|---|
| Debtor 1 | **Inez Avanell Crowe** | | |
| | First Name  Middle Name  Last Name | | |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name  Middle Name  Last Name | | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF OHIO** | | |
| Case number: | **23-60243** | | |
| (If known) | | | |

☑ Check if this is an amended plan, and list below the sections of the plan that have been changed.

Lump Sum, Inc. Car, Fix Tax

Official Form 113
# Chapter 13 Plan                                                                 12/17

## Part 1: Notices

**To Debtor(s):** **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.**

*In the following notice to creditors, you must check each box that applies*

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance. *Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

| | | | |
|---|---|---|---|
| 1.1 | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☐ Included | ☑ Not Included |
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4.** | ☐ Included | ☑ Not Included |
| 1.3 | **Nonstandard provisions, set out in Part 8.** | ☐ Included | ☑ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1   Debtor(s) will make regular payments to the trustee as follows:**

**$12,000.00** per **Month** for **1** months
**$1,451.88** per **Month** for **35** months

*Insert additional lines if needed.*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2   Regular payments to the trustee will be made from future income in the following manner.**

*Check all that apply:*

☐ Debtor(s) will make payments pursuant to a payroll deduction order.
☑ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment):

**2.3 Income tax refunds.**
   *Check one.*

| | | | | |
|---|---|---|---|---|
| Debtor | **Inez Avanell Crowe** | Case number | **23-60243** | |

- ☐ Debtor(s) will retain any income tax refunds received during the plan term.
- ☑ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.
- ☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
  *Check one.*
  - ☑ **None**. *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**2.5** The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.4 is $<u>62,815.80</u>.

### Part 3: Treatment of Secured Claims

**3.1 Maintenance of payments and cure of default, if any.**

  *Check one.*
  - ☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
  - ☑ The debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of Creditor | Collateral | Current installment payment (including escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if applicable) | Monthly payment on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| Chase Mortgage | 2629 Lexington Ave. Mansfield, OH 44904 Richland County | $576.87<br>Disbursed by:<br>☑ Trustee<br>☐ Debtor(s) | Prepetition:<br>$0.00 | 0.00% | $0.00 | $20,767.32 |
| Huntington National Bank | 2018 Ford Escape 20000 miles | $320.91<br>Disbursed by:<br>☑ Trustee<br>☐ Debtor(s) | Prepetition:<br>$0.00 | 0.00% | $0.00 | $11,552.76 |

*Insert additional claims as needed.*

**3.2 Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*

  - ☑ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3 Secured claims excluded from 11 U.S.C. § 506.**

  *Check one.*
  - ☑ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4 Lien avoidance.**

*Check one.*

Official Form 113   **Chapter 13 Plan**   Page 2

23-60243-jpg   Doc 29   FILED 04/19/23   ENTERED 04/19/23 10:58:49   Page 9 of 12

| Debtor | Inez Avanell Crowe | Case number | 23-60243 |
|---|---|---|---|

    ☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5**    **Surrender of collateral.**

*Check one.*
    ☑ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

## Part 4: Treatment of Fees and Priority Claims

**4.1**    **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2**    **Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case but are estimated to be **10.00**% of plan payments; and during the plan term, they are estimated to total $**6,281.65**.

**4.3**    **Attorney's fees.**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be $**2,113.00**.

**4.4**    **Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
    ☑ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

**4.5**    **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
    ☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1**    **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐ The sum of $____.
☐ ____% of the total amount of these claims, an estimated payment of $____.
☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $__**19,117.09**__. Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2**    **Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*

    ☑ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3**    **Other separately classified nonpriority unsecured claims.** *Check one*.

    ☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## Part 6: Executory Contracts and Unexpired Leases

**6.1**    **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

| Debtor | Inez Avanell Crowe | Case number | 23-60243 |
|---|---|---|---|

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## Part 7: Vesting of Property of the Estate

**7.1 Property of the estate will vest in the debtor(s) upon**
*Check the appliable box:*
☑ plan confirmation.
☐ entry of discharge.
☐ other: _____

## Part 8: Nonstandard Plan Provisions

**8.1 Check "None" or List Nonstandard Plan Provisions**
☑ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

## Part 9: Signature(s):

**9.1 Signatures of Debtor(s) and Debtor(s)' Attorney**
*If the Debtor(s) do not have an attorney, the Debtor(s) must sign below, otherwise the Debtor(s) signatures are optional. The attorney for Debtor(s), if any, must sign below.*

X  **/s/Inez Avanell Crowe**
**Inez Avanell Crowe**
Signature of Debtor 1

Executed on  **4/14/2023**

X  **/s/Jonathon C. Elgin**
**Jonathon C. Elgin**
Signature of Attorney for Debtor(s)

X  _____
Signature of Debtor 2

Executed on _____

Date _____

**By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.**

Debtor      **Inez Avanell Crowe**                              Case number   **23-60243**

## Exhibit: Total Amount of Estimated Trustee Payments

The following are the estimated payments that the plan requires the trustee to disburse. If there is any difference between the amounts set out below and the actual plan terms, the plan terms control.

| | | |
|---|---|---:|
| a. | **Maintenance and cure payments on secured claims** *(Part 3, Section 3.1 total)* | **$32,320.08** |
| b. | **Modified secured claims** *(Part 3, Section 3.2 total)* | **$0.00** |
| c. | **Secured claims excluded from 11 U.S.C. § 506** *(Part 3, Section 3.3 total)* | **$0.00** |
| d. | **Judicial liens or security interests partially avoided** *(Part 3, Section 3.4 total)* | **$0.00** |
| e. | **Fees and priority claims** *(Part 4 total)* | **$8,394.65** |
| f. | **Nonpriority unsecured claims** *(Part 5, Section 5.1, highest stated amount)* | **$22,101.07** |
| g. | **Maintenance and cure payments on unsecured claims** *(Part 5, Section 5.2 total)* | **$0.00** |
| h. | **Separately classified unsecured claims** *(Part 5, Section 5.3 total)* | **$0.00** |
| i. | **Trustee payments on executory contracts and unexpired leases** *(Part 6, Section 6.1 total)* | **$0.00** |
| j. | **Nonstandard payments** *(Part 8, total)*        + | **$0.00** |
| | **Total of lines a through j** | **$62,815.80** |