# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| INEZ AVANELL CROWE, | ) | **Case No.: 23-60243 JPG** |
| | ) | |
| Debtor. | ) | |

## MOTION FOR ADMISSION
## PRO HAC VICE

Pursuant to Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Ohio, I, Melissa A. Brennan, counsel to Creditor **Teamster Affiliates Pension Plan**, under penalty of perjury hereby certify that I am a member in good standing of the Bar of Massachusetts. My certificate of good standing is annexed to my Affidavit as Exhibit A. There are no pending disciplinary proceedings against me in any state or federal court and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

A proposed Order is attached hereto.

Dated: December 29, 2023

Respectfully submitted,

/s/ Melissa A. Brennan
Melissa A, Brennan, Esq.
(MA 669489)
Feinberg, Dumont & Brennan
177 Milk Street, Suite 300
Boston, MA 02109
Tel.: (617) 338-1976
Fax: (617) 338-7070
mab@fdb-law.com

## CERTIFICATE OF SERVICE

      I, Melissa A. Brennan, hereby certify that this document, which has been filed through the Court's CM/ECF system, will be sent via US First-Class Mail to the parties identified on the Service List annexed to the proposed Order.

Dated: December 29, 2023                                   /s/ Melissa A. Brennan
                                                                              Melissa A. Brennan, Esq.