IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No.: 23-60243 |
| | ) | |
| INEZ AVANELL CROWE, | ) | Chapter 13 Proceeding |
| | ) | |
| Debtor. | ) | JUDGE JOHN P. GUSTAFSON |

## AMENDED MOTION FOR ALLOWANCE
## OF A LATE FILING OF PROOF OF CLAIM

NOW COMES the creditor, Teamsters Affiliates Pension Plan (hereinafter the "Plan") through its attorney, and requests this Honorable Court to enter an Order allowing the Late Filing of a Proof of Claim by the Plan against the Debtor's estate.

In support hereof, the Plan states as follows:

1. The Plan is a defined benefit plan that provides monthly retirement annuities to employees who worked for Affiliates of the International Brotherhood of Teamsters.

2. The Debtor, Inez Avanell Crowe, (hereinafter the "Debtor"), is the surviving spouse of plan participant Donald E. Crowe ("Mr. Crowe"), who died on September 1, 2022.

3. The Debtor did not inform the Plan of her husband's death and the Plan continued to deposit a monthly annuity of $658.00 in Mr. Crowe's joint account with the Debtor.

4. The annuity did not provide a benefit for a surviving spouse, therefore, the Debtor was not entitled to the monthly annuity.

5. From October 2022 – August 2023, a total of $7,238.00 was deposited into the Debtor's account at Mechanics Bank ending in 75732.

6. The Plan learned of Mr. Crowe's death in October 2023, stopped all deposits and sent the letter attached hereto as Exhibit A to the Debtor. At the time the letter was sent, the Plan was unaware that the Debtor had commenced bankruptcy proceedings in this Court.

7. According to the Debtor's Amended Schedules filed on April 17, 2023, the Mechanics Bank account ending in 75732 contained $17,173.53 of which, $7,238.00, belongs to the Plan.

8. The original deadline for filing a proof of claim in this action was May 15, 2023.

9. The Plan did not receive notice of the Debtor's bankruptcy proceeding until her daughter emailed the Plan on November 6, 2023. A copy of the email is attached hereto as Exhibit B.

10. The Plan now seeks to file a proof of claim (attached hereto as Exhibit C) in the amount of $7,238.00.

11. The Plan's claim is a priority claim under 11 U.S.C. § 507(a) and is exempt from discharge under 11 U.S.C. § 523(a)(2).

12. Rule 3003(c) of the *Federal Rules of Bankruptcy Procedure* provides that the "court shall fix and for cause shown may extend the time within which proofs of claim or interest may be filed."

13. Further, as stated in *Pioneer Investment Services Company v. Brunswick Associates Limited Partnership*, 507 U.S. 380, 388 (1993). "Hence, by empowering the courts to accept late filings 'where the failure to act was the result of excusable neglect,' Rule 9006(b)(1), Congress plainly contemplated that the courts would be permitted, where appropriate, to accept late filings caused by inadvertence, mistake, or carelessness, as well as by intervening circumstances beyond the party's control."

14. "Excusable" is an equitable determination that takes account of circumstances such as "the danger of prejudice to the debtor, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant and whether the movant acted in good faith." *See Pioneer,* 507 U.S. at 387.

15. To the extent that the Court may find that the Plan's failure to file their Proof of Claim in a timely manner amounted to neglect, it was "excusable" as defined above.

16. It is the Plan's position that the Debtor will not be prejudiced by the allowance of the late filing of the Proof of Claim.

**WHEREFORE**, the Plan requests that an Order Allowing the Late Filing of a Proof of Claim (as attached) be entered.

Dated: January 19, 2024

Respectfully submitted,

Teamsters Affiliates Pension Plan

By its attorney,

/s/ Melissa A. Brennan
Melissa A. Brennan, Esq.
BBO # 669489
Feinberg, Dumont & Brennan
177 Milk Street, Suite 300
Boston, MA 02109
Telephone: (617) 338-1976
Facsimile: (617) 338-7070
mab@fdb-law.com
**Admitted Pro Hac Vice 1/3/2024**

# CERTIFICATE OF SERVICE

  I, Melissa A. Brennan, hereby certify that a true and correct copy of this Motion For Allowance of a Late Filing of Proof of Claim filed through the Court's CM/ECF system on January 19, 2024, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

Melissa A. Brennan mab@fdb-law.com, nr@fdb-law.com
Jonathon Carl Elgin jc@jcelgin.com, 9150504420@filings.docketbird.com
Joel K. Jensen midwestbk@dallegal.com
Dynele L Schinker-Kuharich DLSK@Chapter13Canton.com, dschinkerkuharich@ecf.epiqsystems.com
United States Trustee (Registered address)@usdoj.gov

and paper copies will be sent via U.S. First-Class Mail to:

Inez Avanell Crowe
2629 Lexington Ave.
Mansfield, OH 44904

Date: January 19, 2024                /s/ Melissa A. Brennan
                            Melissa A. Brennan, Esq.

# SERVICE LIST

| | | |
|---|---|---|
| Capital One -Walmart Mastercard<br>P O Box 4069<br>Carol Stream, IL 60197-4069 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Label Matrix for local noticing<br>0647-6<br>Case 23-60243-jpg<br>Northern District of Ohio Canton<br>Wed Dec 20 14:12:52 EST 2023 | Canton<br>Canton<br>Frank T Bow Federal Building<br>201 Cleveland Avenue SW Canton, OH<br>44702-1912 | United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | AscensionPoint Recovery Services<br>200 Coon Rapids Blvd<br>Minneapolis, MN 55433-5876 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Capital Management Services, LP<br>PO Box 120<br>Buffalo, NY 14220-0120 | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 |
| Chase Mortgage<br>Chase Records Center- Bankruptcy<br>Mail Code LA4 5555 700 Kansas Ln<br>Monroe, LA 71203 | Citi/Sears<br>Citibank/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 |

| | | |
|---|---|---|
| Donald E. Crowe<br>2629 Lexington Ave.<br>Mansfield, OH 44904-1423 | EMBCC<br>Mid Ohio Emergency Group LLC<br>PO Box 650763<br>Dallas, TX 75265-0763 | (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 |
| Huntington National Bank<br>Attn: Bankruptcy<br>Po Box 340996<br>Columbus, OH 43234-0996 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 | Medicount Managment Inc<br>PO Box 371863<br>Pittsburgh, PA 15250-7863 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Speedway/SuperAmerica<br>Attn: Bankruptcy<br>Po Box 1590<br>Springfield, OH 45501-1590 | Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams Club<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| The Huntington National Bank<br>PO Box 89424<br>Cleveland, OH 44101-6424 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Card Services<br>PO BOX 77053<br>Minneapolis, MN 55480-7753 |
| Wells Fargo Jewelry Advantage<br>Attn: Bankruptcy<br>Po Box 10438<br>Des Moines, IA 50306-0438 | Dynele L Schinker-Kuharich<br>Office of the Chapter 13 Trustee<br>200 Market Avenue North, Ste. LL30<br>Canton, OH 44702-1434 | Inez Avanell Crowe<br>2629 Lexington Ave<br>Mansfield, OH 44904-1423 |
| Jonathon Carl Elgin<br>JC Elgin Co., LPA<br>6 Water St.<br>Shelby, OH 44875-1223 | | |
| Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | First National Bank<br>Attn: Bankruptcy<br>P.O. Box 3128<br>Omaha, NE 68103 | (d)First National Bank Of Omaha<br>Attn: Bankruptcy<br>P.O. Box 3128<br>Omaha, NE 68103 |
| (d)First National Bank of Omaha<br>1620 Dodge St Stop Code 3113<br>Omaha Ne 68197 | (d)JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203 | Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 |