United States Bankruptcy Court
Northern District of Ohio

| | |
|---|---|
| In re: | Case No. 23-60243-jpg |
| Inez Avanell Crowe | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-6 | User: vwaym | Page 1 of 1 |
| Date Rcvd: Jan 17, 2024 | Form ID: 141 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Melissa A. Brennan, Feinberg, Dumont & Brennan, 177 Milk Street, Suite 300, Boston, MA 02109-3408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dynele L Schinker-Kuharich | DLSK@Chapter13Canton.com dschinkerkuharich@ecf.epiqsystems.com |
| Joel K. Jensen | on behalf of Creditor JPMorgan Chase Bank National Association midwestbk@dallegal.com |
| Jonathon Carl Elgin | on behalf of Debtor Inez Avanell Crowe jc@jcelgin.com 9150504420@filings.docketbird.com |
| Melissa A. Brennan | on behalf of Creditor Teamster Affiliates Pension Plan mab@fdb-law.com nr@fdb-law.com |

TOTAL: 4

# United States Bankruptcy Court
## Northern District Of Ohio
### Notice of Filing Deficiency

**To:** Melissa A. Brennan  **Case Number:** 23−60243−jpg

**Debtor(s):** Inez Avanell Crowe  **Judge:** JOHN P. GUSTAFSON

**Re:** Motions/Pleadings/Filings for Judge's Consideration
  Amended Motion for Allowance of Late Filing of Proof of Claim (Doc 49)

**The following deficiency must be corrected within 7 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
- ☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
- ☐ Attachments missing or incorrectly filed.
- ☐ Case ☐ Closed ☐ Dismissed ☐ Number incorrect ☐ Transferred ☐ Caption Incorrect.
- ☐ Certificate of service indicating name and address of parties served and date of service required.
- ☐ Exhibit A not attached.
- ☐ Form B121 required.
- ☐ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☐ Incorrect Hearing time/date.
- ☐ Signature Declaration missing.
- ☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
- ☐ Incorrect PDF Attached.
- ☐ No Means Testing Form
- ☒ Other. See Comments/Instructions.

**Comments/Instructions:**
Date certain required for response date in Notice.

Deputy Clerk: **/s/Vickie J. Wayman**
Date: **1/17/2024**
Form ohnb141