**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_John P. Gustafson_
United States Bankruptcy Judge

**Dated:  March 7 2024**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13 Proceeding** |
| **Inez Avanell Crowe,** | : | **Case No. 23-60243** |
| **Debtor.** | : | **Judge John Gustafson** |

### AGREED ORDER AND JOINT STIPULATION

Now comes Chapter 13 Trustee, Dynele L. Schinker-Kuharich, and Debtor, Inez Avanell Corwe, by and through the undersigned counsel, and jointly stipulate and agree to the following:

Part 2.1 of the Plan is hereby modified to indicate that the plan payment shall increase to $1,073.00 per month effective with the March 2024 payment.

**THEREFORE, IT IS THE ORDER OF THIS COURT** that the Plan of the Debtor is modified as stated above.

### ###

**Submitted By:**


/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

**Approved By:**


/s/ Jonathon Carl Elgin
Jonathon Carl Elgin  (0096390)
Counsel for Inez Avanell Crowe
JC Elgin Co., LPA
6 Water St.
Shelby, OH 44875
Telephone: (567)275-1040
Email: jc@jcelgin.com

**NOTICES TO:**

Office of the United States Trustee, via the Court's Electronic Case Filing System at
[RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at
dlsk@Chapter13Canton.com

Jonathon Carl Elgin , Counsel for Inez Avanell Crowe, via the Court's Electronic Case Filing
System at jc@jcelgin.com

Inez Avanell Crowe, Debtor, via regular mail at:
2629 Lexington Ave.
Mansfield, OH 44904