**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_John P. Gustafson_
United States Bankruptcy Judge

**Dated:  March 12 2024**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| In Re: | : | **Chapter 13 Proceeding** |
|---|---|---|
| **Inez Avanell Crowe** | : | **Case No. 23-60243** |
| **Debtor.** | : | **Judge John Gustafson** |

### ORDER FOR PAYMENT FROM DEBTOR TO TRUSTEE
### (Amended per Agreed Order and Joint Stipulation)

It appearing to the Court that Debtor filed a plan under Chapter 13 of the Bankruptcy Code and that Dynele L. Schinker-Kuharich is the duly appointed Standing Chapter 13 Trustee for the Northern District of Ohio in Canton; and

It further appearing to the Court that Debtor's plan indicates that Debtor is to make payments directly to Trustee;

**IT IS THEREFORE ORDERED** that Debtor is to pay the sum of **$1,073.00 MONTHLY** beginning with the March 2024 payment. A full monthly payment is due on or before the 20th day of each month.  Automatic payments may be set up at www.TFSbillpay.com.  Debtors without internet access may remit a money order or certified funds payable to CHAPTER 13 TRUSTEE to:

**Chapter 13 Trustee**
**P.O. Box 616**
**Memphis, TN 38101-0616**

Debtor's name and Chapter 13 case number must legibly appear on all money orders and certified

checks.  No personal checks will be accepted.

**IT IS FURTHER ORDERED** that if Debtor fails to make said payments in accordance with

this Order, Trustee may submit an order to this Court for employer deductions.

*###*

Submitted by:

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Email: HLatzan@Chapter13Canton.com


**NOTICES TO:**

Inez Avanell Crowe, Debtor, via regular mail at:
2629 Lexington Ave.
Mansfield, OH 44904

Office of the United States Trustee, via the Court's Electronic Case Filing System at
[RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at
dlsk@Chapter13Canton.com

Jonathon Carl Elgin, Counsel for Inez Avanell Crowe, via the Court's Electronic Case Filing
System at jc@jcelgin.com