United States Bankruptcy Court

Northern District of Ohio

In re:                                                                                          Case No. 23-60243-jpg

Inez Avanell Crowe                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0647-6 | User: aprib | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 02, 2026 | Form ID: 244 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Inez Avanell Crowe, 2629 Lexington Ave, Mansfield, OH 44904-1423 |
| aty | + Melissa A. Brennan, Feinberg, Dumont & Brennan, 177 Milk Street, Suite 300, Boston, MA 02109-3408 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association |
| cr | | Teamster Affiliates Pension Plan |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dynele L Schinker-Kuharich | DLSK@Chapter13Canton.com  trusteeOHNB09@ecf.epiqsystems.com |
| Joel K. Jensen | on behalf of Creditor JPMorgan Chase Bank  National Association bkecfnotifications@dallegal.com |
| Jonathon Carl Elgin | on behalf of Debtor Inez Avanell Crowe jc@jcelgin.com  JCElginPA@jubileebk.net |
| Melissa A. Brennan | on behalf of Creditor Teamster Affiliates Pension Plan mab@fdb-law.com  nr@fdb-law.com |

Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 23−60243−jpg**

**In re:**
Inez Avanell Crowe
**Aka −**Inez A. Crowe
2629 Lexington Ave
Mansfield, OH 44904

**Social Security No.:**
xxx−xx−8292

**NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS CASE\***

\*Parties should call 330−430−8848, Conference ID 358346070#

Trustee, Dynele Schinker−Kuharich filed papers with the Court to dismiss the case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion requested, or if you want the Court to consider your views on the Motion, then on or before June 23, 2026 you or your attorney must:

**File with the court a written response at:**
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**You must also mail a copy to the above named debtor(s) and:**

**Trustee**
Dynele L Schinker−Kuharich
Office of the Chapter 13 Trustee
200 Market Avenue North, Ste. LL30
Canton, OH 44702

**Debtor's Attorney**
Jonathon Carl Elgin                                              **Movant's Attorney**
JC Elgin Co., LPA                                                 n
6 Water St.
Shelby, OH 44875

**And attend the hearing scheduled to be held on:**
Wednesday, July 1, 2026 at 2:00pm
U.S. Bankruptcy Court − Courtroom
401 McKinley Ave. SW, Canton, OH 44702

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**Dated:** June 2, 2026                                                    For the Court
Form ohnb244                                                       Josiah C. Sell Clerk